**William A. SKELTON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 05–3140.

United States Court of Appeals,
Federal Circuit.

April 29, 2005.

### ORDER

Order vacated, see 2005 WL 1654882.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.